William D. Hyslop
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 18 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

PHILIP MARION HARTHILL,

Defendant.

2:19-CR-217-RMP

INDICTMENT

Vio: 18 U.S.C. § 2252A(a)(1), (b)(1)
Transportation of Child
Pornography (Counts 1, 2)

18 U.S.C. § 2252A(a)(2)(A), (b)(1)
Receipt of Child Pornography
(Count 3)

18 U.S.C. § 2252A(a)(5)(B), (b)(2)
Possession of Child Pornography
(Count 4)

18 U.S.C. § 2251(a), (e)
Production and Attempted
Production of Child Pornography
(Count 5)

18 U.S.C. § 2253
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about January 12, 2019, in the Eastern District of Washington, the

INDICTMENT - 1

Defendant, PHILIP MARION HARTHILL, did knowingly transport child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, to wit: an image depicting a minor and prepubescent child engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(1), (b)(1).

COUNT 2

On or about June 11, 2019, in the Eastern District of Washington, the Defendant, PHILIP MARION HARTHILL, did knowingly transport child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(1), (b)(1).

COUNT 3

Between on or about October 4, 2015, and on or about August 29, 2019, in the Eastern District of Washington, the Defendant, PHILIP MARION HARTHILL, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

COUNT 4

On or about August 29, 2019, in the Eastern District of Washington, the Defendant, PHILIP MARION HARTHILL, did knowingly possess material other than

INDICTMENT - 2

that alleged in Count 3 which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct, that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## COUNT 5

Between on or about July 9, 2019, and on or about August 16, 2019, in the Eastern District of Washington, the Defendant, PHILIP MARION HARTHILL, did knowingly use, persuade, induce, coerce, and entice and attempt to use, persuade, induce, coerce, and entice a minor child to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know such visual depiction would be produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a), (e).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C § 2252A(a)(1) (b)(1), 18 U.S.C. § 2252A(a)(2)(A), (b)(1), 18 U.S.C. § 2252A(a)(5)(B), (b)(2), and/or 18 U.S.C. § 2251(a), (e), as alleged in this Indictment, the Defendant, PHILIP MARION HARTHILL, shall forfeit to the United States of America any visual depiction described in section 2252A of that chapter, or

INDICTMENT - 3

any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property. The property to be forfeited includes, but is not limited to:

a. HP laptop computer, Model: 15, serial no. 5CD44977CZ;
b. Samsung hard drive, Model: ST1000LM024, serial no. S2WZJ90CB30613;
c. Infinitive 16GB thumb drive, serial no. BL180326650B;
d. LG cellular phone, Model L83BL, serial no. 709CYUK088046;
e. LG cellular phone, Model LG505C, serial no. 206CYCV0169739; and
f. ZTE cellular, Model Z6655C, serial no. 327B4097504B

Dated: December 17, 2019.

William D. Hyslop
United States Attorney

Ann T. Wick
Assistant United States Attorney

INDICTMENT - 4