William D. Hyslop
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:19-CR-00217-RMP |
| v. | Motion for Detention |
| PHILIP MARION HARTHILL, | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves (check one or more):

☐    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐    Maximum penalty of life imprisonment or death;

☐    Drug offense with maximum penalty of 10 years or more;

Motion for Detention- 1

☐     Felony, with two prior convictions in above categories;

☒     Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒     Serious risk Defendant will flee; or

☐     Serious risk obstruction of justice.

2.     <u>Reason for Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒     Defendant's appearance as required; or

☒     Safety of any other person and the community.

3.     <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is probable cause to believe Defendant committed:

☐     Drug offense with maximum penalty of 10 years or more;

☐     An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

Motion for Detention- 2

☐    An offense under 18 U.S.C. §§ 2332b (g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐    An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☒    An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐    Other Circumstance as defined in 18 U.S.C. § 3142(e)(2).

4.    <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

☐    At the first appearance, or

☒    After a continuance of three days.

5.    Other Matters.

Dated:  January 10, 2020.

                           William D. Hyslop
                           United States Attorney

                           <u>s/ Ann T. Wick</u>
                           Ann T. Wick
                           Assistant United States Attorney

Motion for Detention- 3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

s/ Ann T. Wick
Ann T. Wick
Assistant United States Attorney
